UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

M.B.D. No.

05MBD 10203

| | |
|---|---|
| K-SWISS INC., a Delaware Corporation<br><br>Plaintiff<br><br>v.<br><br>PAYLESS SHOESOURCE, INC.<br><br>Defendant | PROPOSED BRIEFING SCHEDULE |

### BRIEFING SCHEDULE ON PLAINTIFF K-SWISS INC.'S EXPEDITED MOTION TO COMPEL PRODUCTION PURSUANT TO Fed. R. Civ. P. 45(c)(2)(B)

After consideration, the following briefing schedule is hereby established with respect to Plaintiff K-Swiss Inc.'s Expedited Motion to Compel Production Pursuant to Fed. R. Civ. P. 45(c)(2)(B):

1. Mercury International Trading Corporation's and/or Payless Shoesource Inc.'s Opposition to K-Swiss Inc.'s Expedited Motion to Compel, if any, shall be filed with the Court and served upon counsel for K-Swiss by facsimile and regular mail by May 26, 2005.

2. K-Swiss Inc.'s Reply, if any, shall be filed with the Court and served upon counsel for Mercury International Trading Corporation and Payless Shoesource Inc. by facsimile and regular mail by June 1, 2005.

3. A telephonic hearing on this matter, if necessary, held by June 7, 2005.

SO ORDERED:

_____      Dated: _____
(                    , J.)