F I L E D
Clerk's Office
USDC, Mass.
Date 5-25-05
BY
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

M.B.D. No.

05-10203

K-SWISS INC., a Delaware Corporation

   Plaintiff

v.

PAYLESS SHOESOURCE, INC.

   Defendant

## DECLARATION OF NEIL D. GREENSTEIN

I, Neil D. Greenstein, declare and say:

1. I am one of the attorneys representing K-Swiss Inc. ("K-Swiss") as Plaintiff in the California litigation with Defendant Payless Shoesource, Inc. ("Payless") (Case Number CV04-0779 RJK (RCx) in the United States District Court for the Central District of California).

2. Except as otherwise noted herein, I have personal knowledge of the facts stated herein and if called to testify before this Court, I could and would competently testify thereto. I am providing this declaration in support of the Motion to Admit Neil D. Greenstein *Pro Hac Vice*.

3. I am a member in good standing of every bar in which I have been admitted to practice, excepting only certain federal courts in which continuing fees are required to maintain membership. In those courts, I am eligible to practice upon payment of the required fees and completion of standard documents such as an ECF registration form. I have been admitted to practice in the jurisdictions and before the Courts shown on Exhibit A attached hereto.

4. There are no disciplinary proceedings pending against me as a member of the bar

Page 1

in any jurisdiction or Court..

5. I am familiar with the Local Rules of this Court.

6. I am familiar with K-Swiss and the issues in this proceeding. I am lead counsel in the dispute between K-Swiss and Payless pending in the United States District Court for the Central District of California under case number CV04-779-RJK. My appearance and participation in conjunction with local counsel is necessary and proper for effective representation of K-Swiss in this subpoena dispute matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2005

_____
Neil D. Greenstein

# EXHIBIT I

State Court Bar Admissions – Neil D. Greenstein

| Court | Date Admitted | Current Standing | Bar No.: |
|---|---|---|---|
| Virginia State Bar | 5/16/79 | Associate | 18555 |
| Virginia Supreme Court | 6/7/79 | Good | |
| Wisconsin Supreme Court | 10/12/82 | Active | 1013575 |
| California Supreme Court | 9/29/86 | Active | 123980 |

Federal Court Bar Admissions – Neil D. Greenstein

| Court | Date Admitted | Current Standing | Bar No.: |
|---|---|---|---|
| United States Court of Appeals for the Fourth Circuit | 6/7/79 | Good | None |
| United States Tax Court | 11/13/80 | Ineligible* | None |
| United States District Court for the Eastern District of Virginia | 3/9/81 | Good | None |
| United States Supreme Court | 6/28/82 | Good | None |
| United States Court of Appeals for the Federal Circuit | 1982 (Previously admitted to predecessor courts, Court of Claims and Court of Customs and Patent Appeals) (10/31/80) | Good | None |
| United States Court of Appeals for the Seventh Circuit | 2/19/82 | Good | None |
| United States District Court for the Eastern District of Wisconsin | 6/1/83 | Good | None |
| United States District Court for the Western District of Wisconsin | 10/11/85 | Good | None |

**EXHIBIT A**

1

| Court | Date Admitted | Current Standing | Bar No.: |
|---|---|---|---|
| United States District Court for the Northern District of California | 8/28/86 | Good | None |
| United States Court of Appeals for the Ninth Circuit | 9/19/86 | Good | None |
| United States District Court for the Central District of California | 6/29/87 | Good | None |
| United States District Court for the Eastern District of California | 5/1/89 | Good | None |
| United States District Court for the District of Nebraska | 1/25/90 | Inactive* | None |
| United States District Court for the Southern District of California | 4/6/90 | Good | None |
| United States District Court for the Northern District of Illinois | 9/22/00 | Good | 90785063 |
| United States District Court for the Eastern District of Michigan | 9/17/02 | Good | None |
| United States District Court for the Northern District of Texas | 11/26/02 | Good | None |
| United States District Court for the District of Colorado | 7/14/03 | Good | None |

*These courts require payment of fees to maintain active status. Since I do not regularly practice in these courts, I elected not to pay the fees. However, I am eligible for "active status" in both of these courts upon payment of the applicable fees and completion of "standard" forms such as the ECF Registration form.

I have also been admitted to practice *pro hac vice* to the following Federal District Courts at various times throughout my career:

United States District Court for the Southern District of New York

United States District Court for the Eastern District of New York

United States District Court for the Middle District of Florida

EXHIBIT A

United States District Court for the Southern District of Texas

United States District Court for the Western District of Texas

United States District Court for the Northern District of Texas

United States District Court for the Eastern District of Louisiana

United States District Court for the Western District of Washington

United States District Court for the District of Oregon

United States District Court for the District of Nevada

United States District Court for the District of Arizona

United States District Court for the Southern District of West Virginia

United States District Court for the District of Maryland

United States District Court for the Eastern District of North Carolina

    I have also been admitted to practice *pro hac vice* to the following State Courts:

State of South Carolina, County of Horry

**EXHIBIT A**