IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K-SWISS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAYLESS SHOESOURCE, INC., <br><br> Defendant. | M.B.D. No. 05-10203-JLT |

### Declaration of R. Cameron Garrison

I, R. Cameron Garrison, declare and testify as follows:

1. I am an attorney with Lathrop & Gage, LC ("Lathrop & Gage"). I represent defendant Payless ShoeSource, Inc. ("Payless") in *K-Swiss, Inc. v. Payless ShoeSource, Inc.*, Case No. CV04-0779 RJK (RCx), currently pending in the United States District Court for the Central District of California.

2. I have supervised the production of documents by Payless to plaintiff K-Swiss, Inc. ("K-Swiss") and have personal knowledge of the details of such production.

3. As of May 31, 2005, Payless has produced approximately 386,942 pages of discovery to K-Swiss. The document production is ongoing.

4. Payless has produced or will produce all relevant, non-privileged documents in its possession relating to Mercury International Trading Corp.

I declare under penalty of perjury under the laws of the United States of America that the

PAGE 1

foregoing statements are true and correct.

Executed this 31 day of May, 2005, at Kansas City, Missouri

_____
R. Cameron Garrison